FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D17-1580
_____

LUIS R. GARCIA,

    Appellant,

    v.

DEPARTMENT OF CORRECTIONS,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

September 26, 2018


PER CURIAM.

    AFFIRMED.

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.


_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Luis R. Garcia, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Brett Coleman, Assistant Attorney General, Tallahassee, for Appellee.